OPINION — AG — THE OKLAHOMA PLANNING AND RESOURCES BOARD CAN LEGALLY PERMIT THE CONSTRUCTION OF A BUILDING IN A STATE PARK, TO BE OWNED BY THE STATE OF OKLAHOMA, FOR USE AS A CHAPEL BY THE GENERAL PUBLIC WITHOUT REGARD THE PARTICULAR SYSTEM OF RELIGION PROFESSED BY ANY PERSON USING THE CHAPEL. CITE: 74 O.S.H. 351.1, 74 O.S.H. 356.2, ARTICLE II, SECTION 5 (J. H. JOHNSON)